IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| OMAR JACKSON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-850 |
| | ) | Senior Judge Nora Barry Fischer |
| v. | ) | Magistrate Judge Maureen P. Kelly |
| ROBERT D. GILMORE, KAREN M. SOKOL, MICHELE BAKER, and BRIDGETTE WRIGHT, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this 19th day of March, 2018, after a Report and Recommendation was filed by Magistrate Judge Maureen P. Kelly on February 25, 2020, (Docket No. [78]), recommending that Defendants' Motion for Summary Judgment (Docket No. [54]) be granted and the parties were provided 14 days to file written objections thereto, making objections from Plaintiff, as an unregistered ECF party, due by March 13, 2020, and no objections having been lodged by said date, and upon consideration of Magistrate Judge Kelly's Report and Recommendation, (Docket No. [78]), which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment [54] is GRANTED; and,

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

FINALLY, an appropriate Judgment follows.

*s/ Nora Barry Fischer*
Nora Barry Fischer, Senior U.S. District Judge

cc/ecf: Magistrate Judge Maureen P. Kelly
All counsel of record

Omar Jackson
DT-7049
SCI Forest
P.O. Box 307
287 Woodland Drive
Marienville, PA 16239